DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6748
    savith.iyengar@usdoj.gov

Attorneys for Petitioner
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. |
|---|---|---|
| Petitioner, | ) | **VERIFIED PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS** |
| v. | ) | |
| MARIA AYAR, | ) | |
| Respondent. | ) | |

Petitioner UNITED STATES OF AMERICA ("Petitioner") alleges and petitions this Court as follows:

    1.    Petitioner brings and this Court has jurisdiction over this action pursuant to Internal Revenue Code ("IRC") Sections 7402 and 7604. 26 U.S.C. §§ 7402(b), 7604(a).

    2.    Revenue Officer ("RO") BELDEN B. GRANADA is, and at all times mentioned herein has been, an employee and officer of the Internal Revenue Service ("IRS") of the United States Department of the Treasury ("Treasury"), authorized by the Secretary of the Treasury to perform the duties and take the actions described in IRC Sections 7602 and 7603 (26 U.S.C. §§ 7602, 7603), under Treasury Regulations Sections 301.7602-1 and 301.7603-1 (26 C.F.R. §§ 301.7602-1, 301.7603-1).

    3.    RO GRANADA is, and at all times mentioned herein has been, attempting in the course of authorized duties to ascertain the assets and liabilities of Respondent MARIA AYAR in order to

VERIFIED PETITION TO ENFORCE IRS SUMMONS

1

1  prepare a Collection Information Statement relative to the collection of unpaid tax liabilities of
2  Respondent for the calendar years 2011, 2012, 2013, 2014 and 2015.

3      4.    Respondent's last known address is 1126 Millbrae Avenue, Millbrae, CA 94030-1906,
4  which is within the venue of this Court.

5      5.    RO GRANADA is informed and believes that Respondent is in possession and control of
6  records, paper and other data regarding income, assets and liabilities, and other matters covered by his
7  inquiry and to which he does not otherwise have access, possession, or control.

8      6.    On July 15, 2019 at approximately 1:30 p.m., in accordance with law, RO GRANADA
9  served a summons on Respondent in respect to the subject matter described in paragraphs 3 and 5, above
10 ("Summons"), by attaching a copy of the Summons to the front door of Respondent's last and usual
11 place of abode, noted in paragraph 5, above.  The requirements of the Summons are self-explanatory,
12 and true and correct copies of the Summons and Certificate of Service of the Summons are attached
13 hereto as **Exhibit A** and incorporated by reference as a part of this petition.  The Summons required
14 Respondent to appear at the IRS office at 450 Golden Gate Avenue, San Francisco, California on August
15 16, 2019, and give testimony and bring for examination all documents and records related to the subject
16 matter described in paragraphs 3 and 5, above.

17     7.    The testimony and items sought by paragraphs 3 and 5, above, are relevant to and can
18 reasonably be expected to assist in the preparation of the Collection Information Statement for
19 Respondent.  It was and remains essential to the completion of RO GRANADA's inquiry regarding the
20 preparation of the Collection Information Statement for Respondent to produce the items demanded by
21 the Summons.

22     8.    Respondent did not appear on August 16, 2019, as requested in the summons.  On August
23 15, 2019, Respondent's representative John Miller called RO GRANADA and stated that he had just
24 been retained and needed more time to prepare the requested documents, and that Respondent would not
25 appear on August 16, 2019 as required by the Summons.

26     9.    By letter dated September 17, 2019, the IRS Office of the Chief Counsel provided
27 Respondent another opportunity to comply with the Summons by appearing for an appointment with RO
28 GRANADA on October 18, 2019.  Attached hereto as **Exhibit B** is a true and correct copy of this letter,

VERIFIED PETITION TO ENFORCE IRS SUMMONS

2

1 which is also incorporated by reference as part of this petition.  The letter explained that Respondent did not comply with the Summons by failing to appear before RO GRANADA on August 16, 2019, and explained further that "[l]egal proceedings may be brought against you in the United States District Court for not complying" with the Summons if Respondent again failed to appear before RO GRANADA on October 18, 2019.

10. On October 18, 2019, Respondent's representatives appeared for the appointment but Respondent did not.  Respondent's representatives called her several times requesting that she appear but were unsuccessful, and Respondent did not appear.  Respondent did not submit any of the information requested by the Summons.

11. As of the date of this petition, the Respondent has failed to comply with the Summons.

12. All administrative steps required by the IRC for issuance of the Summons have been taken.

13. There has been no referral to the Department of Justice for criminal prosecution of the matters described in the Summons.

WHEREFORE, having stated in its petition against Respondent, Petitioner prays for enforcement of the Summons as alleged and set forth above, as follows:

A. That the Court order Respondent MARIA AYAR to appear before the Court and show cause, if any, as to why Respondent should not be compelled by this Court under 26 U.S.C. § 7604(a) to give such testimony and produce such items as are required by the Summons;

B. That the Court order Respondent to appear before RO GRANADA or any other designated officer at a time and place directed by the Court, and to then and there give such testimony and produce such items as are required by the Summons; and

C. That the Court grant Petitioner UNITED STATES OF AMERICA its costs in this proceeding and such other and further relief as may be necessary and proper.

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

Dated: November 6, 2020      By:    */s/ Savith Iyengar*
                                     SAVITH IYENGAR
                                     Assistant United States Attorney

VERIFIED PETITION TO ENFORCE IRS SUMMONS

3

**VERIFICATION**

I, BELDEN B. GRANADA, pursuant to 28 U.S.C. § 1746, declare and state as follows:

I am a duly employed Revenue Officer in the San Francisco, California office of the Internal Revenue Service of the United States Department of the Treasury. I have read and know the entire contents of the foregoing petition, and all statements of fact contained in said petition are true to the best of my own personal knowledge and recollection, and as to those facts stated upon information and belief, I believe them to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March _31_____, 2020 in San Francisco, California.

*Belden B. Granada*
_____
BELDEN B. GRANADA

# Exhibit A



# Summons

## Collection Information Statement

In the matter of  MARIA AYAR, 1126 MILLBRAE AVE, MILLBRAE, CA 94030-2906
**Internal Revenue Service** *(Identify Division)*  SMALL BUSINESS/SELF EMPLOYED
**Industry/Area** *(Identify by number or name)*  Small Business / Self Employed
**Periods:**  See Attachment 1 to Summons Form 6637 for Period Information

### The Commissioner of Internal Revenue

**To:**  MARIA AYAR
**At:**  1126 MILLBRAE AVE, MILLBRAE, CA  94030-2906

You are hereby summoned and required to appear before BELDEN B GRANADA, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest.  These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 01/01/2019  To 06/30/2019

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement.  We have attached a blank statement to guide you in producing the necessary documents and records.

---

**Do not write in this space**

---

Business address and telephone number of IRS officer before whom you are to appear:

450 GOLDEN GATE AVE,  SAN FRANCISCO,  CA  94102-3661  (415) 837-6522

Place and time for appearance: At  450 GOLDEN GATE AVE,  6TH FLOOR COLLECTION,  SAN FRANCISCO, CA 94102-3661

on the  16th  day of  August  , 2019 at  10:00  o'clock  a  m.

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6637 (Rev.10-2010)
Catalog Number 25000Q

Issued under authority of the Internal Revenue Code this  15th  day of July  , 2019

BELDEN B GRANADA
Signature of issuing officer

REVENUE OFFICER
Title

Signature of approving officer *(if applicable)*    Title

**Original** -- to be kept by IRS

# Attachment 1 to Summons Form 6637

In the matter of **MARIA AYAR**

Period information: Form 1040 for the calendar periods ending December 31, 2011, December 31, 2012, December 31, 2013, December 31, 2014 and December 31, 2015



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 07/15/2019 | 1:30pm |

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☒ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any):

*Attached to the front door.*

| Signature | Title |
|---|---|
| B.B. [signature] | Revenue Officer |

I certify that the copy of the summons served contained the required certification.

| Signature | Title |
|---|---|
| B.B. [signature] | Revenue Officer |

Catalog No. 25000Q

Form **6637** (Rev. 10-2010)

# Exhibit B



**OFFICE OF THE CHIEF COUNSEL**

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
OFFICE OF DIVISION COUNSEL
SMALL BUSINESS/SELF-EMPLOYED
100 FIRST STREET, 18TH FLOOR
SAN FRANCISCO, CA 94105
(415) 547-3700
FAX: (415) 281-9510

SEP 17 2019

CC:SB:7:SF:2:HLWolfe
GL-121353-19

**Via Regular Mail**

Maria Ayar
1126 Millbrae Avenue
Millbrae, CA 94030-2906

Dear Ms. Ayar:

Small Business/Self-Employed Western Area Examination of the Internal Revenue Service has notified our office that you did not comply with the provisions of the summons served on you on July 15, 2019. Under the terms of the summons, you were required to appear before Revenue Agent Granada on August 16, 2019.

Legal proceedings may be brought against you in the United States District Court for not complying with this summons. To avoid such proceedings, you are to appear before Revenue Agent:

    Name: Belden Granada
    Date: October 18, 2019
    Time: 10:00 a.m.
  Address: 450 Golden Gate Ave
             6th Floor, Collections
             San Francisco, CA 94102

GL-126483-17                                  2

Any books, records or other documents called for in the summons should be produced at that time. If you have any questions, please contact Revenue Agent Granada at 415-837-6522.

                                        Sincerely,

                                        KATHRYN A. MEYER
                                        Area Counsel
                                        (Small Business/Self-Employed: Area 7)

                            By: *Heather Wolfe* [signature]
                                  Heather Wolfe
                                  Law Clerk, (San Francisco, Group 2)
                                  (Small Business/Self-Employed)
                                              TDh  9/17/19

Enclosure:
       Form 6637

cc:     Revenue Agent Belden Granada

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Petitioner,<br><br>   v.<br><br>MARIA AYAR,<br><br>   Respondent. | Case No.<br><br>**[PROPOSED] ORDER TO SHOW CAUSE WHY INTERNAL REVENUE SERVICE SUMMONS SHOULD NOT BE ENFORCED** |

Good cause having been shown by Petitioner UNITED STATES OF AMERICA upon its petition filed in the above-entitled proceeding, it is hereby:

ORDERED that Respondent MARIA AYAR appear before this Court on the ____ day of _____, 2020, at _____ a.m./p.m., in Courtroom No. ___, ___ Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, and then and there show cause, if any, why Respondent should not be compelled to appear and provide documents and testimony as required by the summons heretofore served upon Respondent as alleged and set forth in particular in said petition; and it is further:

ORDERED that a copy of this Order to Show Cause, together with a copy of the aforesaid petition, be served upon said Respondent in accordance with Rule 4 of the Federal Rules of Civil

1  Procedure at least thirty-five (35) days before the return date of this Order above specified; and it is
2  further:
3     ORDERED that within twenty-one (21) days before the return date of this Order, Respondent
4  may file and serve a written response to the petition, supported by appropriate affidavit(s) or
5  declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion Respondent desires to
6  make, that the Petitioner may file and serve a written reply to such response, if any, within fourteen (14)
7  days before the return date of this Order; that all motions and issues raised by the pleadings will be
8  considered on the return date of this Order, and only those issues raised by motion or brought into
9  controversy by the responsive pleadings and supported by affidavit(s) or declaration(s) will be
10 considered at the return of this Order, and any uncontested allegation in the petition will be considered
11 admitted.
12    ORDERED this _____day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER TO SHOW CAUSE

2