UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>    v.<br><br>MARIA AYAR,<br><br>    Respondent. | Case No.  3:20-cv-07853-LB<br><br>**[PROPOSED] ORDER TO SHOW CAUSE WHY INTERNAL REVENUE SERVICE SUMMONS SHOULD NOT BE ENFORCED** |

Good cause having been shown by Petitioner UNITED STATES OF AMERICA upon its petition filed in the above-entitled proceeding, it is hereby:

**ORDERED** that Respondent MARIA AYAR appear before this Court on the **28th day of January 2021**, **at 9:30 AM** by Zoom Webinar (**Webinar ID**: 161 469 8626, **Password**: 546984), and then and there show cause, if any, why Respondent should not be compelled to appear and provide documents and testimony as required by the summons heretofore served upon Respondent as alleged and set forth in particular in said petition; and it is further:

**ORDERED** that a copy of this Order to Show Cause, together with a copy of the aforesaid petition, be served upon said Respondent in accordance with Rule 4 of the Federal Rules of Civil

Procedure at least thirty-five (35) days before the return date of this Order above specified; and it is further:

**ORDERED** that within twenty-one (21) days before the return date of this Order, Respondent may file and serve a written response to the petition, supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion Respondent desires to make, that the Petitioner may file and serve a written reply to such response, if any, within fourteen (14) days before the return date of this Order; that all motions and issues raised by the pleadings will be considered on the return date of this Order, and only those issues raised by motion or brought into controversy by the responsive pleadings and supported by affidavit(s) or declaration(s) will be considered at the return of this Order, and any uncontested allegation in the petition will be considered admitted.

ORDERED this  20th  day of   November  , 2020.

_____
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO SHOW CAUSE

2